
UNDER SEAL

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:13CR 264 |
| ) | |
| v. ) | |
| ) | **ORDER TO SEAL THE INDICTMENT** |
| (1) HECTOR MANUEL CASTANEDA ) | |
| GASTELO, A/K/A "Frankie," A/K/A "Felix," ) | UNDER SEAL |
| (2) MARCELINO RIVERA VORQUEZ, ) | |
| (3) BENJAMIN VILLANUEVA ESTRADA, ) | |
| (4) CARLOS LOPEZ-HERNANDEZ, ) | |
| (5) OMAR RAMIREZ-LISAMA, ) | |
| A/K/A "Huevo," ) | |
| (6) YOLANDA GONZALEZ, and ) | |
| (7) FERNANDO HERNANDEZ, ) | |
| A/K/A "Ferny, "A/K/A "Yogi" ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office. This the 18 day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE