# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:13 CR 264 |
| | ) | |
| (1) HECTOR MANUEL CASTANEDA GASTELO | ) | **ORDER TO UNSEAL** |
|     A/K/A "Frankie" | ) | **THE INDICTMENT** |
|     A/K/A "Felix," | ) | |
| (2) MARCELINO RIVERA VORQUEZ, | ) | |
| (3) BENJAMIN VILLANUEVA ESTRADA, | ) | |
| (4) CARLOS LOPEZ-HERNANDEZ, | ) | |
| (5) OMAR RAMIREZ-LIZAMA | ) | |
|     A/K/A "Huevo," | ) | |
| (6) YOLANDA GONZALEZ, and | ) | |
| (7) FERNANDO HERNANDEZ | ) | |
|     A/K/A "Ferny" | ) | |
|     A/K/A "Yogi | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: December 11, 2013

_____
David S. Cayer
United States Magistrate Judge