# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| Western | District of | North Carolina |

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )   Case No:   0419 3:13CR00264-001 |
| Hector Manuel Castaneda Gastelo | ) |
| | )   USM No:   28862-058 |
| Date of Original Judgment:   03/02/2015 | ) |
| Date of Previous Amended Judgment: | )   Pro Se |
| *(Use Date of Last Amended Judgment if Any)* |   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment
*(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/11/2015 _____ , shall remain in effect.

**IT IS SO ORDERED**.

Signed: March 6, 2024

Frank D. Whitney
United States District Judge

Effective Date: _____
*(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:   Hector Manuel Castaneda Gastelo

CASE NUMBER:   0419 3:13CR00264

DISTRICT:   Western District of North Carolina

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 38                 Amended Total Offense Level: _____

Criminal History Category:   II                  Criminal History Category: _____

Previous Guideline Range:   262   to  327   months   Amended Guideline Range: _____ to _____ months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is not eligible for a sentence reduction under Amendment 821 to the United States Sentencing guidelines because "Status Points" were not applied to calculate Defendant's criminal history category in this case and Defendant does not meet the criteria for a "Zero-Point Offender" reduction under § 4C1.1 of the Sentencing Guidelines because he is excluded under subsections (a)(1) (Defendant received two criminal history points) and (a)(10) (Defendant received an aggravating role enhancement under § 3B1.1(a)).